**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000483
15-MAY-2024
08:37 AM
Dkt. 132 OCOR**

NO. CAAP-19-0000483

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP,
DOING BUSINESS AS KAMEHAMEHA SCHOOLS,
Plaintiff/Counterclaim Defendant-Appellee,
v.
LIFE OF THE LAND PACIFIC, LLC, A LIMITED LIABILITY COMPANY;
THOMAS F. SCHMIDT; and BRIGIDA A. SCHMIDT,
Defendants/Counterclaimants-Appellants,
and
ROY Y. GAGAZA; PATRICIA Y. GAGAZA,
Defendants/Counterclaimants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE LIMITED PARTNERSHIPS 1-10; DOE ENTITIES 1-10; AND
DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 17-1-1618-10 DEO)


ORDER OF CORRECTION
(By: Wadsworth, J.)

IT IS HEREBY ORDERED that the Summary Disposition Order filed on May 7, 2024, is corrected as follows:

On page 2, in the first line, replace the word "Gazagas" with the word "Gagazas" so that the line reads:

Y. Gagaza (together, the **Gagazas**), on the other hand.[1]

On page 2, in footnote 1, line 1, replace the word "Gazagas" with the word "Gagazas" so that the line reads:

The Gagazas are nominal appellees and did not participate in

On page 7, in line 6 of the first full paragraph, replace the word "Gazaga" with the word "Gagaza" so that the line reads:

Gagaza, and Patricia Y. Gagaza," and vacate the June 27, 2019

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, May 15, 2024.


/s/ Clyde J. Wadsworth
Associate Judge